DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBINSON VALENCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | NO. CR. S-12-065-LKK |
|                                        ) | |
|              Plaintiff,                ) | |
|                                        ) | **STIPULATION AND ORDER** |
|     v.                                 ) | **CONTINUING STATUS CONFERENCE** |
|                                        ) | **AND EXCLUDING TIME** |
| ROBINSON VALENCIA,                     ) | |
|                                        ) | Date: April 3, 2012 |
|              Defendant.                ) | Time: 9:15 a.m. |
| _____) | Judge: Hon. Lawrence K. Karlton |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for ROBINSON VALENCIA, that the status conference hearing date of March 27, 2012 be vacated, and the matter be set for status conference on April 3, 2012 at 9:15 a.m.

    The reason for this continuance is to allow the parties to receive and review a Pre-Plea Presentence Report ["PPPSR"], and then to give defense counsel time to review and discuss the PPPSR with the defendant.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of

signing of this order through and including April 3, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:  March 23, 2012.                     Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Caro Marks
                                            CARO MARKS
                                            Designated Counsel for Service
                                            Attorney for Robinson Valencia

DATED:  March 23, 2012.                     BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Caro Marks for
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**ORDER**

   UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 27, 2012, status conference hearing be continued to April 3, 2012, at 9:15 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 3, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 23, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3